IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GIANNI GASPARE ANTHONY CARDENAS,

    Petitioner,

v.

WARDEN REYES,

    Respondent.

ORDER

Case No. 22-CV-189-JDP

---

Petitioner Gianni Gaspare Anthony Cardenas seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 25, 2022. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 4, 2021 through the date of the petition, April 4, 2022.

ORDER

IT IS ORDERED that:

1. Petitioner Gianni Gaspare Anthony Cardenas may have until April 25, 2022, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 25, 2022, I will assume that petitioner wishes to withdraw this petition.

Entered this 4th day of April, 2022.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge